---o---

STATE OF MISSOURI, Appellant, *vs.* WESLEY R. LOVE, Respondent.

1. *Practice, criminal—Appeals—Final judgments—Demurrers—Indictments.—* Where a demurrer to an indictment is sustained, but no final judgment is given on the demurrer, an appeal will be dismissed.

*Appeal from Linn Circuit Court.*

*Daniel Metcalf,* for Appellant.

*Geo. W. Easley,* for Respondent,

There is no final judgment from which an appeal will lie. (State vs. Gregory, 38 Mo., 501.)

ADAMS, Judge, delivered the opinion of the court.

This was an indictment under the statute concerning false pretenses. A demurrer was sustained to the indictment, but no final judgment was rendered on the demurrer. In-

stead of rendering final judgment the court ordered the defendant into custody to abide the further action of the grand jury then in session.

There being no final judgment, the appeal will be dismissed. (See State vs. Gregory, 38 Mo., 501; 2 W. S., 1114, § 14; State vs. Martindale, 51 Mo., decided February Term, 1873.)

Appeal dismissed.   The other judges concur.


THE END OF FEBRUARY TERM 1873, AT ST. JOSEPH.

# CASES

## ARGUED AND DETERMINED

IN

# THE SUPREME COURT

OF

## THE STATE OF MISSOURI.

MARCH TERM, 1873, AT ST. LOUIS.